IN THE DISTRICT COURT OF APPEAL
FIRST DISTRICT, STATE OF FLORIDA

CAPITAL ONE, N.A.,

      Appellant,

v.

SERVICELINK TITLE
COMPANY,

      Appellee.

_____/

NOT FINAL UNTIL TIME EXPIRES TO
FILE MOTION FOR REHEARING AND
DISPOSITION THEREOF IF FILED

CASE NO. 1D16-1469

Opinion filed July 10, 2017.

An appeal from the Circuit Court for Duval County.
James H. Daniel, Judge.

R. Eric Bilik, Emily Y. Rottmann, and Daniel Mahfood of McGuireWoods LLP, Jacksonville; L.D. Simmons II and Joshua Davey of McGuireWoods LLP, Charlotte, NC, for Appellant.

John A. DeVault, III, Courtney K. Grimm, and John Gabriel Woodlee of Bedell, Dittmar, DeVault, Pillans & Coxe, P.A., Jacksonville, for Appellee.

PER CURIAM.

     AFFIRMED.

LEWIS, MAKAR, and WINSOR, JJ., CONCUR.